# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY PIERCE; and )<br>(2) SHANE ALBERTY, )<br>)<br>              **Plaintiffs,** )<br>)<br>vs. )<br>)<br>(1) MAYES COUNTY; )<br>(2) THE BOARD OF COUNTY )<br>COMMISSIONERS FOR MAYES COUNTY; )<br>(3) COUNTY COMMISSIONER RYAN BALL, )<br>individually, )<br>)<br>              **Defendants.** ) | Case No. 15-cv-540-TCK-PJC |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Shane Alberty, a Plaintiff, by and through his respective counsel of record, does hereby stipulate the above-styled and numbered action shall be, and hereby is, dismissed in its entirety with prejudice by as to him only as to all Defendants.

The parties shall be solely responsible for their own attorneys' fees and costs.

Respectfully submitted this 6th day of September, 2016.

Respectfully submitted,

/s  Jean Walpole Coulter
Jean Walpole Coulter, OBA #9324
**JEAN WALPOLE COULTER & ASSOCIATES**
406 S. Boulder, Suite 712
Tulsa, OK   74103
(918) 583-6394 – Telephone
(918) 583-6398 – Facsimile

ATTORNEY FOR PLAINTIFF
RANDY PIERCE

2

      *s/ Jordan L. Miller*
*(With Permission)*
Jordan L. Miller
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2070
E-mail for service:
cjc@czwglaw.com
jordan@czwglaw.com
ATTORNEYS FOR DEFENDANTS

2